E-filing

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)                                    **FILED**
3  Chief, Criminal Division
                                                               DEC 20 2005
4  KIRSTIN M. AULT (CSBN 206052)
   Assistant United States Attorney                            RICHARD W. WIEKING
5                                                              CLERK U.S. DISTRICT COURT,
      450 Golden Gate Ave., Box 36055                          NORTHERN DISTRICT OF CALIFORNIA
6     San Francisco, California 94102
      Telephone: (415) 436-7151
7     Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12 UNITED STATES OF AMERICA,        )    No.   CR 05-00578 MJJ
                                    )
13         Plaintiff,               )    STIPULATION AND [PROPOSED]
                                    )    ORDER EXCLUDING TIME FROM
14    v.                            )    DECEMBER 16, 2005 TO DECEMBER 21,
                                    )    2005 FROM THE SPEEDY TRIAL ACT
15 ANDRE HUDSON,                    )    CALCULATION (18 U.S.C. §
                                    )    3161(h)(8)(A))
16                                  )
           Defendants.              )
17 _____ )

18
19       With the agreement of the parties, and with the consent of the defendants, the Court
20 enters this order setting the following schedule for filing motions in this matter. Motions shall be
21 filed by December 21, 2005; oppositions shall be filed by January 6, 2006; any reply shall be
22 filed by January 13, 2006. A hearing on the motions will be held before the Honorable Martin J.
23 Jenkins at 2:30 p.m. on January 20, 2006. In addition, time shall be excluded under the Speedy
24 Trial Act, 18 U.S.C. § 3161(b), from December 16, 2005 to December 21, 2005. The parties
25 agree, and the Court finds and holds, as follows:
26       1. The defendant is out of custody.
27       2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon
28 defense counsel's need to conduct additional research and review the discovery provided in this

Case 4:05-cr-00578-CW   Document 11   Filed 12/20/05   Page 2 of 2
2005 12:55 FAX 5106373507         FED PUBLIC DEFENDER                    ☒003
Case 4:05-cr-00578-MJJ   Document 8   Filed 12/20/2005   Page 2 of 2

1  matter in order to prepare to file motions in this case.

2  3. Counsel for the defense believes that the exclusion of time is in his client's best
3  interest.

4  4. Given these circumstances, the Court finds that the ends of justice served by excluding
5  the period from December 16, 2005 to December 21, 2005, outweigh the best interest of the
6  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

7  5. Accordingly, and with the consent of the defendant, the Court (1) orders that any
8  motions in this case shall be filed by December 21, 2005; oppositions shall be filed by January 6,
9  2006; and any replies shall be filed by December 13, 2006; (2) orders that an appearance for
10 hearing on the motions before the Honorable Martin J. Jenkins shall be held on January 20, 2006
11 at 2:30 p.m.; and (3) orders that the period from December 16, 2005 to December 21, 2005 be
12 excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

13

14 STIPULATED:

15
16 DATED: 12/20/05                    _____
                                      JEROME MATTHEWS
17                                    Attorney for the Defendant

18
19 DATED: 12-19-05                    _____
                                      KIRSTIN M. AULT
20                                    Assistant United States Attorney

21
   IT IS SO ORDERED.
22

23 DATED: 12/20/2005                  _____
                                      MARTIN J. JENKINS
24                                    United States District Judge

25
26
27
28

2