# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 12 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA** )
)
vs. ) **Docket Number: CR 05-00578-01 MJJ**
)
**Andre Hudson** )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _July 28, 2006_ be continued until _August 25, 2006_ at _2:30 p.m._ .

Date: 6/12/2006

Martin J. Jenkins
United States District Judge

NDC-PSR-009 12/06/04



# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street, Suite 220S
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

June 9, 2006

**MEMORANDUM**

The Honorable Martin J. Jenkins
United States District Judge

                            **RE:**   **HUDSON, Andre**
                                         **Docket No. CR 05-00578-01 MJJ**

Your Honor:

The above listed defendant is currently scheduled for Judgment and Sentencing on July 28, 2006. Because the presentence interview was rescheduled on two occasions and has not yet been conducted, the increased workload at the U.S. Probation Office, and the shortage of staff, it is respectfully requested that Judgment and Sentencing be continued to August 25, 2006, at 2:30 p.m., in Oakland. Assistant Federal Public Defender Jerome Matthews and Assistant United States Attorney Kirstin Ault do not object to this request for a continuance.

Please do not hesitate to contact me if Your Honor needs further information. I can be reached at (510) 637-3595.

                                              Respectfully submitted,

                                              Karen L. Mar
                                              United States Probation Officer

Reviewed and Approved by:

_____
Insa Amina Bel'Ochi
Supervisory United States Probation Officer

cc:     AFPD Jerome Matthews
       AUSA Kirstin Ault