1 | BARRY J. PORTMAN
Federal Public Defender
2 | JEROME E. MATTHEWS
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500
5
Counsel for Defendant ANDRE HUDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05 00578 MJJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| vs. | ) | |
| ANDRE HUDSON, | ) | |
| Defendant. | ) | |

This matter presently is set for sentencing on August 25, 2006. Mr. Hudson entered an open plea, and the sentencing hearing accordingly will be a contested matter. Until mid-morning yesterday, defense counsel was preparing for trial in a case for which his assistance had only recently been sought, and was unable to devote time to conducting previously scheduled interviews on Mr. Hudson's behalf in preparation for the sentencing hearing. Government counsel presently is scheduled to commence trial in early September, and cannot attend a sentencing hearing on any other date in August. It is therefore STIPULATED AND AGREED that the sentencing hearing be continued to October 6, 2006, at 2:30 p.m.

STIP/ORD                                     1

SO STIPULATED.

Dated: August 15, 2006                          /S/
                                                _____
                                                JEROME E. MATTHEWS
                                                Assistant Federal Public Defender


Dated: August 15, 2006                          /S/
                                                _____
                                                KIRSTIN AULT
                                                Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

   The parties having stipulated to a continuance of the sentencing hearing in this matter for the reasons set forth above, and good cause appearing therefor, IT IS ORDERED that sentencing be continued to October 6, 2006, at 2:30 p.m.


Dated: August __16__, 2006                      _____
                                                MARTIN J. JENKINS
                                                United States District Judge

STIP/ORD                                     2