IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDRE L. HUDSON,<br><br>　　　　Defendant.<br>_____/ | No. 05-00578 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect.  Accordingly,

Defendant Andre L. Hudson's admission of the violation is accepted by the Court as to charge (4) four of the Second Amended Petition for Arrest Warrant for Offender Under Supervision filed on May 28, 2010 charging Defendant Andre L. Hudson with failing to not commit another federal, state, or local crime.  Sentencing is set for Wednesday, June 2, 2010 at 2:00 p.m.  The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: 6/2/2010

　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: DMR, Probation, Wings